FILED<br>
CLERK, U.S. DISTRICT COURT<br>
06/19/13<br>
CENTRAL DISTRICT OF CALIFORNIA<br>
BY: SB _____ DEPUTY

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: 5−HOUR ENERGY MARKETING AND
SALES PRACTICES LITIGATION                                          MDL No. 2438
    2:13-ml-02438-PSG-PLA

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On June 5, 2013, the Panel transferred 7 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2013). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Philip S Gutierrez.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Gutierrez.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Central District of California for the reasons stated in the order of June 5, 2013, and, with the consent of that court, assigned to the Honorable Philip S Gutierrez.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 17, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 06/19/13
that the foregoing document is full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

IN RE: 5−HOUR ENERGY MARKETING AND
SALES PRACTICES LITIGATION                    MDL No. 2438

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| CALIFORNIA NORTHERN | | | | |
| CAN | 3 | 13−01848 | Nobles v. Innovation Ventures LLC | 13-CV-4444 |
| INDIANA SOUTHERN | | | | |
| INS | 1 | 13−00405 | DUCKWORTH v. INNOVATION VENTURES, LLC | 13-CV-4445 |
| NEW JERSEY | | | | |
| NJ | 2 | 13−01256 | ADLER v. INNOVATION VENTURES, LLC | |
| NEW MEXICO | | | | |
| NM | 1 | 13−00382 | Ellis v. Innovation Ventures, LLC | 13-CV-4446 |
| PENNSYLVANIA WESTERN | | | | |
| PAW | 2 | 13−00336 | THOMPSON et al v. INNOVATION VENTURES, LLC | 13-CV-4447 |