# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | **MDL 13-2438-PSG:**<br>IN RE: 5-HOUR ENERGY MARKETING AND SALES PRACTICES LITIGATION<br>CV 11-6408-PSG (PLAx):<br>ILYA PODOBEDOV, ET AL. -VS- LIVING ESSENTIALS, LLC, ET AL.<br>CV 13-4001-PSG (PLAx):<br>BRUCE PETTWAY -VS- INNOVATION VENTURES, LLC.<br>CV 13-4002-PSG (PLAx):<br>JUNIOR HERMIDA -VS- INNOVATION VENTURES, LLC.<br>CV 13-4003-PSG (PLAx):<br>MICHAEL FEINER -VS- INNOVATION VENTURES, LLC.<br>CV 13-4004-PSG (PLAx):<br>THOMAS R. GUARINO -VS- INNOVATION VENTURES, LLC.<br>CV 13-4005-PSG (PLAx):<br>WILLIAM WARING -VS- INNOVATION VENTURES, LLC.<br>CV 13-4006-PSG (PLAx):<br>WILLIAM FORREST -VS- INNOVATION VENTURES, LLC.<br>CV 13-4007-PSG (PLAx):<br>DAVID BERGER -VS- INNOVATION VENTURES, LLC.<br>CV 13-4361-PSG (PLAx):<br>MARC A ADLER -VS- INNOVATION VENTURES, LLC.<br>CV 13-4444-PSG (PLAx):<br>AYANNA NOBLES -VS- INNOVATION VENTURES, LLC.<br>CV 13-4445-PSG (PLAx):<br>DENNIS DUCKWORTH -VS- INNOVATION VENTURES, LLC.<br>CV 13-4446-PSG (PLAx):<br>DAVID ELLIS -VS- INNOVATION VENTURES, LLC.<br>CV 13-4447-PSG (PLAx):<br>DONNA A. THOMPSON, ET AL. -VS- INNOVATION VENTURES, LLC.<br>CV 13-591-PSG (PLAx):<br>CODY SOTO -VS- INNOVATION VENTURES, LLC. | Date<br><br>August 1, 2013 |
|---|---|---|

| Present: The Honorable | PHILIP S. GUTIERREZ |
|---|---|

| Wendy Hernandez | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Timothy Fisher; David Bower; Antonio Vozzolo; Andrea Clisura; Matt Nunez; Justin Farar; Michael Ghozland; Jordan Chaikan (tele); Joshua Eggnatz (tele); Todd Mathews; Steven Stolze (tele); Scott Kalish (tele): Michael Maizes (tele); Reginald Von Terrell (tele); Richard Shevitz; Kallie Dixon (tele); Alfred Yates, Jr.; Vincent Coppola (tele); Mark Geragos; Shelley Kaufman | Gerald Hawxhurst; Daryl Crone; Joshua Gelbart; Darin Lebeau |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **MDL 13-2438-PSG:**<br>**IN RE:  5-HOUR ENERGY MARKETING AND SALES**<br>PRACTICES LITIGATION<br>CV 11-6408-PSG (PLAx):<br>ILYA PODOBEDOV, ET AL.  -VS- LIVING ESSENTIALS, LLC, ET AL.<br>CV 13-4001-PSG (PLAx):<br>BRUCE PETTWAY  -VS- INNOVATION VENTURES, LLC.<br>CV 13-4002-PSG (PLAx):<br>JUNIOR HERMIDA  -VS- INNOVATION VENTURES, LLC.<br>CV 13-4003-PSG (PLAx):<br>MICHAEL FEINER  -VS- INNOVATION VENTURES, LLC.<br>CV 13-4004-PSG (PLAx):<br>THOMAS R. GUARINO  -VS- INNOVATION VENTURES, LLC.<br>CV 13-4005-PSG (PLAx):<br>WILLIAM WARING  -VS- INNOVATION VENTURES, LLC.<br>CV 13-4006-PSG (PLAx):<br>WILLIAM FORREST  -VS- INNOVATION VENTURES, LLC.<br>CV 13-4007-PSG (PLAx):<br>DAVID BERGER  -VS- INNOVATION VENTURES, LLC.<br>CV 13-4361-PSG (PLAx):<br>MARC A ADLER  -VS- INNOVATION VENTURES, LLC.<br>CV 13-4444-PSG (PLAx):<br>AYANNA NOBLES  -VS- INNOVATION VENTURES, LLC.<br>CV 13-4445-PSG (PLAx):<br>DENNIS DUCKWORTH  -VS- INNOVATION VENTURES, LLC.<br>CV 13-4446-PSG (PLAx):<br>DAVID ELLIS  -VS- INNOVATION VENTURES, LLC.<br>CV 13-4447-PSG (PLAx):<br>DONNA A. THOMPSON, ET AL.  -VS- INNOVATION VENTURES, LLC.<br>CV 13-591-PSG (PLAx):<br>CODY SOTO  -VS- INNOVATION VENTURES, LLC. | Date<br><br>August 1, 2013 |

**Proceedings:**    STATUS CONFERENCE

The Court hears oral argument from Mr. Fisher, Mr. Hawxhurst, Mr. Cooper, and Mr. Geragos regarding the status report filed in case number CV 11-6408-PSG [dkt 6], and regarding the status of the MDL case.

The Court then orders plaintiffs' counsel to file by August 29th, a stipulation proposing either: 1) a regular motion briefing schedule, or 2) a leadership and structural plan, which shall include a motion practice relating to a consolidated amended complaint.

|  | : | 14 |
|---|---|---|
| Initials of Preparer | | wh |