**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
Annick M. Persinger (State Bar No. 272996)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:   (925) 407-2700
E-Mail: ltfisher@bursor.com
          swestcot@bursor.com
          apersinger@bursor.com

*Attorneys for Plaintiffs Ilya Podobedov,
Jordan Moussouros, and Richard N. James*

*(additional counsel appears on signature page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: 5-Hour Energy Marketing and Sales Practices Litigation, MDL No. 2438 | Case No. 2:13-ml-02438 PSG (PLAx) (Member Case 2:11-cv-06408-PSG-PLA)<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR LEAD COUNSEL MOTIONS** |

1     WHEREAS, at the August 1, 2013 status conference, the Court ordered plaintiffs' counsel to meet and confer regarding a proposed leadership structure for this case.

    WHEREAS, the Court further ordered the parties to submit by August 29, 2013 either a stipulation proposing a leadership structure or a briefing schedule for any lead counsel motions.

    WHEREAS, plaintiffs' counsel have met and conferred and been unable to reach complete agreement on a leadership structure at this time.

    NOW, THEREFORE, plaintiffs' counsel proposes the following briefing schedule for any lead counsel motions: (1) any lead counsel motions shall be filed on or before September 13, 2013; (2) responses to any lead counsel motions shall be filed on or before September 27, 2013; (3) replies in support of any lead counsel motions shall be filed on or before October 11; and (4) the hearing on any lead counsel motions will be on October 21, 2013 at 1:30 p.m. or on such other date thereafter as the Court selects.

Dated:  August 29, 2013      **BURSOR & FISHER, P.A.**

    By:   /s/ L. Timothy Fisher

    L. Timothy Fisher (State Bar No. 191626)
    Sarah N. Westcot (State Bar No. 264916)
    Annick M. Persinger (State Bar No. 272996)
    1990 North California Boulevard, Suite 940
    Walnut Creek, CA 94596
    Telephone:  (925) 300-4455
    Facsimile:   (925) 407-2700
    E-Mail:  ltfisher@bursor.com
           swestcot@bursor.com
           apersinger@bursor.com

|   |   |   |
|---|---|---|
| 1 | | **BURSOR & FISHER, P.A.** |
| 2 | | Scott A. Bursor (State Bar No. 276006) |
|   | | 888 Seventh Avenue |
| 3 | | New York, New York 10019 |
|   | | Telephone: (212) 989-9113 |
| 4 | | Facsimile: (212) 989-9163 |
|   | | E-Mail:   scott@bursor.com |
| 5 | | |
| 6 | Dated:  August 29, 2013 | **FARUQI & FARUQI, LLP** |
| 7 | | By:  /s/David E. Bower |
| 8 | | |
|   | | David E. Bower (State Bar No. 119546) |
| 9 | | 10866 Wilshire Boulevard, Suite 1470 |
|   | | Los Angeles, CA  90024 |
| 10 | | Telephone:   (424) 256-2884 |
|    | | Facsimile:     (424) 256-4885 |
| 11 | | E-Mail:   dbower@faruqilaw.com |
| 12 | | **FARUQI & FARUQI, LLP** |
| 13 | | Antonio Vozzolo (*pro hac vice*) |
|    | | Andrea Clisura (*pro hac vice*) |
| 14 | | 369 Lexington Avenue, 10th Floor |
|    | | New York, NY 10017 |
| 15 | | Telephone:   (212) 983-9330 |
|    | | Facsimile:     (212) 983-9331 |
| 16 | | E-Mail:   avozzolo@faruqilaw.com |
| 17 | |                    aclisura@faruqilaw.com |
| 18 | | *Attorneys for Plaintiffs Ilya Podobedov,* |
|    | | *Jordan Moussouros, and Richard N. James* |
| 19 | Dated:  August 29,2013 | **GERAGOS AND GERAGOS APC** |
| 20 | | |
|    | | By:  /s/ Mark John Geragos |
| 21 | | |
| 22 | | Mark John Geragos |
|    | | Benjamin Jared Meiselas |
| 23 | | Shelley Kaufman |
|    | | 644 South Figueroa Street |
| 24 | | Los Angeles,CA  90017 |
|    | | Telephone:  (213) 625-1600 |
| 25 | | E-Mail:  mark@geragos.com |
|    | |                meiselas@geragos.com |
| 26 | |                kaufman@geragos.com |
| 27 | | *Attorneys for Plaintiff Cody Soto* |
| 28 | | |

STIPULATION REGARDING BRIEFING SCHEDULE FOR LEAD COUNSEL MOTIONS                   2
CASE NO. CV-11-6408 PSG (PLAx)

| | | |
|---|---|---|
| 1 | Dated: August 29, 2013 | **LEVIN FISHBEIN SEDRAN & BERMAN** |
| 2 | | By:  /s/ Charles E. Schaffer |
| 3 | | Charles E. Schaffer |
| 4 | | 510 Walnut St. Ste. 500<br>Philadelphia, PA 19106 |
| 5 | | Telephone:  (215) 592-1500<br>Facsimile:   (215) 592-4663 |
| 6 | | |
| 7 | | **CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO., LPA** |
| 8 | | John R. Climaco<br>John A. Peca |
| 9 | | 55 Public Square, Ste. 1950<br>Cleveland, OH 44115-1802 |
| 10 | | Telephone:  (216) 621-8484<br>Facsimile:   (216) 771-1632 |
| 11 | | |
| 12 | | **PARKER WAICHMAN LLP** |
| 13 | | By:  /s/ Jordan Lucas Chaikin |
| 14 | | Jordan Lucas Chaikin<br>3301 Bonita Beach Rd., Ste. 101 |
| 15 | | Bonita Springs, FL 34134<br>Telephone:  (239) 390-1000 |
| 16 | | Facsimile:   (239) 390-0055<br>E-Mail:  jschaikin@yourlawyer.com |
| 17 | | |
| 18 | | *Attorneys for Plaintiff Junior Hermida* |
| 19 | Dated: August 29, 2013 | **THE EGGNATZ LAW FIRM, P.A.** |
| 20 | | By:  /s/ Joshua Harris Eggnatz |
| 21 | | Joshua Harris Eggnatz<br>1920 N. Commerce Parkway, Suite 1 |
| 22 | | Weston, FL 33326<br>Telephone:  (954) 634-4355 |
| 23 | | Facsimile:   (954) 634-4342<br>E-Mail:  JoshEggnatz@gmail.com |
| 24 | |             JEggnatz@EggnatzLaw.com |
| 25 | | *Attorneys for Plaintiff Michael Feiner* |
| 26 | | |
| 27 | | |
| 28 | STIPULATION REGARDING BRIEFING SCHEDULE FOR LEAD COUNSEL MOTIONS<br>CASE NO. CV-11-6408 PSG (PLAx) | 3 |

| | | |
|---|---|---|
| 1 | Dated: August 29, 2013 | **HOLLAND AND GROVES LLC** |
| 2 | | By: */s/ Randall S. Crompton* |
| 3 | | Randall S. Crompton |
| 4 | | Steven J. Stolze |
| | | Eric D. Holland |
| 5 | | 300 N. Tucker Blvd., Ste. 801 |
| | | St. Louis, MO  63101 |
| 6 | | Telephone:  (314) 241-8111 |
| 7 | | Facsimile:   (314) 241-5554 |
| | | E-Mail:  scrompton@allfela.com |
| 8 | | Stevenstolze@sbcglobal.net |
| | | eholland@allfela.com |
| 9 | | |
| 10 | | *Attorneys for Plaintiff William Forrest* |
| 11 | Dated: August 29, 2013 | **NEBLETT BEARD & ARSENAULT** |
| 12 | | By:  */s/ Richard J. Arsenault* |
| 13 | | Richard J. Arsenault |
| 14 | | Douglas E. Rushton |
| | | P.O. Box 1190 |
| 15 | | 2220 Bonaventure Ct. |
| | | Alexandria, LA  71309-1190 |
| 16 | | Telephone:  (318) 487-9874 |
| 17 | | E-Mail:  rarsenault@nbalawfirm.com |
| | | drushton@nbalawfirm.com |
| 18 | | |
| 19 | | *Attorneys for Plaintiff William Waring* |
| 20 | Dated: August 29, 2013 | **GORI JULIAN & ASSOCIATES, PC** |
| 21 | | By:  */s/ D. Todd Mathews* |
| 22 | | D. Todd Mathews |
| | | 156 N. Main Street |
| 23 | | Edwardsville, IL  62025 |
| 24 | | Telephone:  (618) 659-9833 |
| | | Facsimile:    (618) 659-9834 |
| 25 | | E-Mail:  todd@gorijulianlaw.com |
| 26 | | *Attorneys for Plaintiff Thomas Guarino* |
| 27 | | |
| 28 | STIPULATION REGARDING BRIEFING SCHEDULE FOR LEAD COUNSEL MOTIONS<br>CASE NO. CV-11-6408 PSG (PLAx) | 4 |

| | | |
|---|---|---|
| 1 | Dated: August 29, 2013 | **WARD & WILSON LLC** |
| 2 | | By: _/s/ Patrick C. Cooper_ |
| 3 | | |
| 4 | | Patrick C. Cooper<br>2100 Southbridge Parkway, Ste. 580<br>Birmingham, AL  35209 |
| 5 | | Telephone:  (205) 871-5404<br>Facsimile:   (205) 871-5758 |
| 6 | | E-Mail:  patrickcooper@yahoo.com |
| 7 | | *Attorneys for Plaintiff Bruce Pettway* |
| 8 | | |
| 9 | Dated: August 29, 2013 | **CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO., LPA** |
| 10 | | By: _/s/ John A. Peca_ |
| 11 | | |
| 12 | | John A. Peca<br>John R. Climaco |
| 13 | | 55 Public Square, Ste. 1950<br>Cleveland, OH  44115-1802 |
| 14 | | Telephone:  (216) 621-8484<br>Facsimile:   (216) 771-1632 |
| 15 | | |
| 16 | | D. Scott Kalish<br>405 Western Reserve Bld. |
| 17 | | 1468 West Ninth Street<br>Cleveland, OH  44113 |
| 18 | | Telephone:  (216) 502-0570<br>Facsimile:   (216) 502-0569 |
| 19 | | E-Mail:  scottkalishcollc@cs.com |
| 20 | | *Attorneys for Plaintiff David Berger* |

STIPULATION REGARDING BRIEFING SCHEDULE FOR LEAD COUNSEL MOTIONS   5
CASE NO. CV-11-6408 PSG (PLAx)

| | | |
|---|---|---|
| 1 | Dated:  August 29, 2013 | **MAIZES & MAIZES LLP** |
| 2 | | By:  */s/ Michael Harold Maizes* |
| 3 | | |
| 4 | | Michael Harold Maizes<br>2027 Williams Bridge Road, 2nd Floor |
| 5 | | Bronx, NY  10462-1630<br>Telephone:  (718) 823-4000 |
| 6 | | Facsimile:   (914) 992-7853<br>E-Mail:  maizeslaw@aol.com |
| 7 | | |
| 8 | | *Attorneys for Plaintiff Marc A. Adler* |
| 9 | Dated:  August 29, 2013 | **LAW OFFICE OF ALFRED G. YATES, JR. P.C.** |
| 10 | | By:   */s/ Alfred G. Yates, Jr.* |
| 11 | | Alfred G. Yates, Jr. |
| 12 | | Gerald L. Rutledge<br>519 Allegheny Building |
| 13 | | 429 Forbes Avenue<br>Pittsburgh, PA  15219 |
| 14 | | Telephone: (412) 391-5164<br>Facsimile:   (412) 471-1033 |
| 15 | | E-Mail:  yateslaw@aol.com |
| 16 | | **PRIBANIC & PRIBANIC** |
| 17 | | Vincent A. Coppola<br>513 Court Place |
| 18 | | Pittsburgh, PA  15219<br>Telephone: (412) 281-8844 |
| 19 | | Facsimile:   (412) 281-4740<br>E-Mail:  vcoppola@pribanic.com |
| 20 | | |
| 21 | | *Attorneys for Plaintiff Donna A. Thompson and Michael R. Casey* |
| 22 | | |
| 23 | Dated:  August 29, 2013 | **COHEN & MALAD LLP** |
| 24 | | By:   */s/ Richard E. Shevitz* |
| 25 | | Irwin B. Levin |
| 26 | | Lynn A. Toops<br>Richard E. Shevitz |
| 27 | | One Indiana Square, Suite 1400<br>Indianapolis, IN  46204 |
| 28 | STIPULATION REGARDING BRIEFING SCHEDULE FOR LEAD COUNSEL MOTIONS<br>CASE NO. CV-11-6408 PSG (PLAx) | 6 |

|     |                              |                                                  |
| --- | ---------------------------- | ------------------------------------------------ |
| 1   |                              | Telephone:  (317) 636-6481                       |
| 2   |                              | Facsimile:  (317) 636-2593                       |
|     |                              | E-Mail:  rshevitz@cohenandmalad.com              |

*Attorneys for Plaintiff Dennis Duckworth*

Dated:  August 29, 2013    **KALLIE DIXON LAW PC**

By: _/s/ Kallie Dixon_

Kallie Dixon
500 Tijeras Ave., NW
Albuquerque, NM  87102
Telephone: (502) 242-8000
Facsimile:  (502) 213-0088
E-Mail: kallie@kdixonlaw.com

*Attorneys for Plaintiff David Ellis*

Dated:  August 29, 2013    **THE TERRELL LAW GROUP**

By:   _/s/ Reginald Von Terrell_

Reginald Von Terrell
P.O. Box 13315, PMB #148
Oakland, CA  94661
Telephone: (510) 237-9700
Facsimile:  (510) 237-4616
E-Mail:  reggiet2@aol.com

*Attorneys for Plaintiff Ayanna Nobles*

Dated:  August 29, 2013    **KAPLAN FOX & KILSHEIMER LLP**

By:  _/s/ Laurence D. King_

Laurence D. King (State Bar No. 206423)
Linda M. Fong (State Bar No. 124232)
350 Sansome Street, Ste. 400
San Francisco, CA  94104
Telephone:  (415) 772-4700
Facsimile:    (415) 772-4707
E-Mail:  lking@kaplanfox.com
              lfong@kaplanfox.com

STIPULATION REGARDING BRIEFING SCHEDULE FOR LEAD COUNSEL MOTIONS
CASE NO. CV-11-6408 PSG (PLAx)

7

**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (State Bar No.211556)
11111 Santa Monica Blvd., Ste. 620
Los Angeles, CA  90025
Telephone:  (310) 575-8670
Facsimile:    (310) 575-8697
E-Mail:  jfarar@kaplanfox.com

*Attorneys for Plaintiff Matt Nunez*