**EXHIBIT C**



**DEPARTMENT OF HEALTH & HUMAN SERVICES**            Public Health Service

---

Food and Drug Administration
Washington, DC 20204

1043   '01 APR 13 P3:21
MAR 30 2001

Mr. Manoj Bhargava
Living Essentials
3141 Old Farm Lane
Walled Lake, Michigan 48390

Dear Mr. Bhargava:

This is in response to your letter of February 28, 2001 to the Food and Drug Administration (FDA) pursuant to 21 U.S.C. 343(r)(6) (section 403(r)(6) of the Federal Food, Drug, and Cosmetic Act (the Act)). Your submission states that Living Essentials is making the following claims for the product **Chaser:**

> "Helps prevent hangovers"
> "Helps prevent hangovers by absorbing elements in beer, wine and liquor that cause hangovers."

21 U.S.C. 343(r)(6) makes clear that a statement included in labeling under the authority of that section may not claim to diagnose, mitigate, treat, cure, or prevent a specific disease or class of diseases. The statements that you are making for this product suggests that it is intended to treat, prevent, mitigate a disease, namely, the consequences of excessive alcohol consumption. These claims do not meet the requirements of 21 U.S.C. 343(r)(6). These claims suggest that this product is intended for use as a drug within the meaning of 21 U.S.C. 321(g)(l)(B), and that it is subject to regulation under the drug provisions of the act. If you intend to make a claim of this nature, you should contact FDA's Center for Drug Evaluation and Research (CDER), Office of Compliance, HFD-3 10, 7520 Standish Place, Rockville, Maryland 20855.

97S 0163   LET 48/

Page 2 – Mr. Manoj Bhargava

Please contact us if we may be of further assistance.

                                       Sincerely yours,

                                       John B. Foret
                                       Director
                                       Division of Compliance and Enforcement
                                       Office of Nutritional Products, Labeling
                                          and Dietary Supplements
                                       Center for Food Safety
                                          and Applied Nutrition

Copies:
FDA, Center for Drug Evaluation and Research, Office of Compliance, HFD-300
FDA, Office of the Associate Commissioner for Regulatory Affairs, Office of Enforcement, HFC-200
FDA, Chicago District Office, Office of Compliance, HFR-MW140

Page 3 - Mr. Manoj Bhargava

cc:
HFA-224
HFA-305 (docket 97S-0163)
HFS-22 (CCO)
HFS-800 (file, r/f)
HFS-810 (Foret)
HFS-811 (Moore, w/original incoming)
HFD-40 (Behrman)
HFD-310
HFD-3 14 (Aronson)
HFS-607 (Bayne-Lisby)
HFV-228 (Benz)
GCF- 1 (Nickerson)
r/d:HFS-81 1:RMoore:3/27/01
docname:74841.adv:disc55

# Living Essentials

7484/

February 28, 2001

Christine J. Lewis, Ph.D.
Office of Nutritional Products, Labeling and Dietary Supplements
Center for Food Safety and Applied Nutrition
Food and Drug Administration
200 C Street, S.W.
Washington, DC 20204

Dear Dr. Lewis,

    We are sending you this letter in accordance with 21 CFR § 101.93(a)(l). Living Essentials, located at 3141 Old Farm Lane, Walled Lake, MI 48390 expects to distribute its dietary supplement product, tradenamed "Chaser," with the following statements:

    (1)    "Helps prevent hangovers"

    (2)    "Helps prevent hangovers by absorbing elements in beer, wine and liquor that cause hangovers."

The product contains vegetable carbon and activated calcium carbonate.

    I hereby certify that this information is complete and accurate. Our firm has substantiation that the statements are truthful and not misleading.

Sincerely,

*Manoj Bhargava*

Manoj Bhargava