UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ADR COORDINATOR

CIVIL MINUTES - GENERAL

| Case No. | MDL 13-2438-PSG (PLAx) | Date | March 26, 2015 |
|---|---|---|---|
| Title | 5-HOUR ENERGY MARKETING AND SALES PRACTICES LITIGATION | | |

| Present: The Honorable | **PHILIP S. GUTIERREZ** |
|---|---|
| Deputy Clerk | Not Reported<br>Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**    VACATING SCHEDULING CONFERENCE

**On the Court's own motion, the following dates are set.**

| | |
|---|---|
| Deadline for Rule 26(a) Initial Disclosures: | April 7, 2015 |
| Deadline for Non-Expert Discovery: | March 31, 2016 |
| Deadline for Opening Expert Witness Disclosure: | April 8, 2016 |
| Deadline for Rebuttal Expert Witness Disclosure: | April 29, 2016 |
| Deadline for Expert Discovery: | May 27, 2016 |
| Plaintiffs' Motion for Class Certification to be filed by: | June 10, 2016 |
| Defendants' Opposition to the Motion to be filed by: | July 8, 2016 |
| Plaintiffs' Reply to Opposition to be filed by: | July 22, 2016 |
| Hearing on the Motion for Class Certification (1:30 p.m.): | August 15, 2016 |

Initials of Preparer    wh