# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## AMENDED
## CIVIL MINUTES - GENERAL

| Case Number: | MDL 13-2438-PSG (PLAx) | Date: | 03/24/15 |
|---|---|---|---|
| Case Title: | HOUR ENERGY MARKETING AND SALES PRACTICES LITIGATION | | |

| Present: The Honorable: | PHILIP S. GUTIERREZ |
|---|---|

| Wendy K. Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Timothy Fisher | Diyari Vazquez |
| Ben Meiselas | Daryl Crone |
| Antonio Vozzolo | Gerald Hawxhurst |

| Proceedings: | SCHEDULING CONFERENCE |
|---|---|

The Court, having conferred with counsel regarding scheduling, takes the matter under submission, and advises that an Order will follow.

Time: 00:21
Deputy Clerk:    wh