**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
        apersinger@bursor.com
        ykrivoshey@bursor.com

*Co-Lead Interim Class Counsel*
*(Additional Counsel Appears On Signature Page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 5-HOUR ENERGY MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to All Cases | Case No. 2:13-ml-02438 PSG (PLAx)<br><br>**STIPULATION RE: DEPOSITION SCHEDULES**<br><br>Judge: Hon. Phillip S. Gutierrez<br>Courtroom 880 |

WHEREAS, pursuant to the Court's June 27, 2016 Order Granting Final Sixty Day Continuance of Pretrial Deadlines ("Scheduling Order" [Dkt. No. 108]), the deadline to complete non-expert discovery in this matter is September 13, 2016;

WHEREAS, this matter has required substantial deposition discovery across the country, and the parties have made a diligent and good-faith effort to complete that discovery within the deadlines set forth in the Scheduling Order;

WHEREAS, the following five fact witnesses remain to be deposed: Melissa Forrest, Dr. James M. Blum, Ilya Podobedov, Dr. Keith A. Wesnes, and Manoj Bhargava;

WHEREAS, to accommodate work conflicts and travel schedules of the parties and their counsel, the parties agree to take the depositions of Mrs. Forrest, Dr. Blum and Mr. Podobedov after the close of non-expert discovery;

WHEREAS, on August 22, 2016, the parties met and conferred to identify the soonest practicable date to complete the depositions of Dr. Blum and Mr. Podobedov;

WHEREAS, the parties believe that they will be able to complete the depositions of Dr. Blum and Mr. Podobedov by September 28, 2016;

WHEREAS, Mrs. Forrest has indicated that, given the birth of her child, she will not be available for deposition until the second week of November 2016;

WHEREAS, Defendants currently intend to rely on Dr. Wesnes as both a fact and expert witness;

WHEREAS, to avoid the need to conduct two depositions of Dr. Wesnes (who is located in the United Kingdom), the parties agree that it would be more efficient and economical to depose him once during the expert discovery phase;

WHEREAS, the parties dispute whether Plaintiffs are entitled to depose Mr. Bhargava in this matter, and met and conferred on that issue on August 22, 2016;

WHEREAS, the parties agreed, in the interest of judicial efficiency, to defer taking Mr. Bhargava's deposition and any resolution of their dispute concerning his deposition until after the Court decides Plaintiffs' anticipated motion for class certification;

NOW THEREFORE, the parties stipulate as follows:

1) The deadline to complete non-expert discovery shall be continued from September 13, 2016 to September 28, 2016 for the limited purpose of taking the depositions of Dr. Blum and Mr. Podobedov, and until November 18, 2016 for Mrs. Forrest.

2) The deposition of Dr. Wesnes will take place on a date to be determined after the close of non-expert discovery, but within the November 11, 2016, deadline for expert discovery set forth in the Scheduling Order.

3) Plaintiffs will serve a notice of deposition of Mr. Bhargava, if at all, after the Court decides their anticipated motion for class certification. All disputes over Mr. Bhargava's deposition, including a motion to quash or a motion to compel, are reserved and will be resolved after class certification.

IT IS SO STIPULATED.

Dated: September 8, 2016     **BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        apersinger@bursor.com

ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, New York 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail:  scott@bursor.com

**FARUQI & FARUQI, LLP**
Barbara A. Rohr (State Bar No. 273353)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA  90024
Telephone:  (424) 256-2884
Facsimile:   (424) 256-4885
E-Mail:  brohr@faruqilaw.com

**GERAGOS AND GERAGOS APC**
Mark John Geragos (State Bar No. 108325)
Benjamin Jared Meiselas (State Bar No. 277412)
644 South Figueroa Street
Los Angeles, CA  90017
Telephone:  (213) 625-1600
E-Mail:  mark@geragos.com
              meiselas@geragos.com

*Co-Lead Interim Class Counsel*

Dated: September 8, 2016     **CRONE HAWXHURST LLP**

By:  */s/ Gerald E. Hawxhurst*

Gerald E. Hawxhurst (State Bar No. 220327)
Daryl M. Crone (State Bar No. 209610)
Diyari Vazquez (State Bar No. 222461)
10880 Wilshire Blvd., Suite 1150
Los Angeles, CA 90024
Telephone: (310) 893-5150
Facsimile: (310) 893-5195
E-Mail: jerry@cronehawxhurst.com
            daryl@cronehawxhurst.com
            dvazquez@cronehawxhurst.com

*Attorneys for Defendants*