**BURSOR & FISHER, P.A.**
L. Timothy Fisher (Bar No. 191626)
Joel D. Smith (Bar No. 244902)
Yeremey O. Krivoshey (No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
       jsmith@bursor.com
       ykrivoshey@bursor.com

*Co-Lead Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 5-HOUR ENERGY MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to All Cases | Case No. 2:13-ml-02438 PSG (PLAx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL AND TO REOPEN DISCOVERY**<br><br>**[Discovery Document: Referred to Magistrate Judge Paul L. Abrams]**<br><br>Date: December 20, 2016<br>Time: 10:00 a.m.<br>Courtroom: G, 9th Floor<br>Discovery Cut-Off: Sept. 13, 2016 (non-expert), Nov. 11, 2016 (expert)<br>Pretrial Date: Not set<br>Trial Date: Not set |

On November 22, 2016 Plaintiffs filed a Motion to Compel and to Reopen Discovery. This Court held a hearing on Plaintiffs' Motion on December 20, 2016. Counsel for the Defendants and Plaintiffs appeared at the hearing.

Having considered the Motion, and other documents in support of and in opposition to the Motion, and good cause appearing:

**IT IS HEARBY ORDERED THAT:**

1. As to Plaintiffs' Fourth Set of Requests for Production of Documents, Defendants are ordered to produce in unredacted form all documents that were previously produced with redactions; and (2) produce any other withheld documents, including all written agreements, invoices, email, email attachments and other documents exchanged with Dr. Wesnes; and documents related to Dr. Wesnes' involvement in the state court actions against Defendants.

2. As to the deposition of Dr. Wesnes, Defendants are ordered to pay all reasonable fees and costs, including travel costs, to reopen Dr. Wesnes' deposition.

3. Plaintiffs shall be awarded all reasonable expenses and attorney fees incurred in making their motion to compel.

4. Fact discovery is reopened for the limited purpose of seeking document and deposition testimony from Dr. Udani, Emord & Associates, Oakland Law Group, and Amy Rinaldo.

IT IS SO ORDERED,

Dated: _____, 2016

_____
The Honorable Paul L. Abrams
United States Magistrate Judge