**BURSOR & FISHER, P.A.**
L. Timothy Fisher (Bar No. 191626)
Joel D. Smith (Bar No. 244902)
Yeremey O. Krivoshey (No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
        jsmith@bursor.com
        ykrivoshey@bursor.com

*Co-Lead Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 5-HOUR ENERGY MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to All Cases | Case No. 2:13-ml-02438 PSG (PLAx)<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Discovery Document:  Referred to Magistrate Judge Paul L. Abrams]** |

| | |
|---|---|
| 1 | UPON CONSIDERATION of Plaintiffs' Application for Leave to File |
| 2 | Documents Under Seal ("Motion"), IT IS ORDERED that the Motion be, and it is |
| 3 | hereby, GRANTED. |
| 4 | / |
| 5 | / |
| 6 | / |
| 7 | / |
| 8 | / |
| 9 | / |
| 10 | / |
| 11 | / |
| 12 | / |
| 13 | / |
| 14 | / |
| 15 | / |
| 16 | / |
| 17 | / |
| 18 | / |
| 19 | / |
| 20 | / |
| 21 | / |
| 22 | / |
| 23 | / |
| 24 | / |
| 25 | / |
| 26 | / |
| 27 | / |
| 28 | / |

[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO. 2:13-ml-02438 PSG (PLAx)

1

Plaintiffs shall file <u>under seal</u> the following documents:

| Document | Portions To Be Filed Under Seal |
|---|---|
| Exhibit 6 to the Smith Declaration. | Portions redacted |
| Exhibit 7 to the Smith Declaration. | Entire Document. |
| Exhibit 8 to the Smith Declaration. | Entire Document. |
| Exhibit 9 to the Smith Declaration. | Entire Document. |
| Exhibit 10 to the Smith Declaration. | Entire Document. |
| Exhibit A to the Vázquez Declaration. | Entire Document. |
| Exhibit B to the Vázquez Declaration. | Entire Document. |
| Exhibit C to the Vázquez Declaration. | Entire Document. |
| Exhibit E to the Vázquez Declaration. | Portions redacted |
| Exhibit F to the Vázquez Declaration. | Entire Document. |
| Certain Confidential portions of the Joint Stipulation Under L.R. 37-2 Regarding Plaintiffs' Motion to Compel | 1:10-13; 1:18-19; 3:2-8; 3:11-19; 4:27-5:17; 5:22-26; 6:9-17; 6:20-26; 7:1-12; 7:15-17; 7:24-26; 8:8-16; 9:10-11; 15:18-22; 15:24-16:6; 16: 19-21; 17:20- 18:12; 19:26-20:2; 20:8-10; 20:14-16; 20:22-24; 21:14; 23:10-11; 23:25-28; 24:1-20; 24:22-25; 25:2-3; 25:14-16; 26:24-28; 27:1-8; 28:4-6; 28:9-12; 28:25-29:4; 29:9-13; 31:2-32:5; 32:16-26; 33:11-16; 33:24-26; 34:15; 35:14-15; 35:27-36:3; 37:7-25; 38:7-8; 39:1-6; 40:4-6; 40:14; and 42:17-22. |

IT IS SO ORDERED.

Dated: _December 5, 2016_____      _____
Honorable Paul L. Abrams
Magistrate Judge