**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
       jsmith@bursor.com
       apersinger@bursor.com
       ykrivoshey@bursor.com

**FARUQI & FARUQI, LLP**
Barbara A. Rohr (State Bar No. 273353)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-4885
E-Mail: brohr@faruqilaw.com

*Co-Lead Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: 5-HOUR ENERGY MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | Case No. 2:13-ML-02438 PSG (PLAx)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: n/a<br>Time: n/a |

PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
Case No. 2:13-ml-02438 PSG

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Local Rule 79-5.2.2(a)-(b), Plaintiffs file this application for an Order permitting them to file under seal certain confidential documents associated with Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment.  Pursuant to Local Rule 79-5.2.2(b) counsel has conferred with the designating parties in an attempt to eliminate or minimize the need for filing under seal by means of redaction.  Plaintiffs hereby apply to file the following documents under seal (collectively, the "Confidential Documents"):

1. Exhibit 17 to the Declaration of Joel D. Smith In Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment ("Smith Declaration"), which is a document Plaintiffs designated as Confidential.  Exhibit 17 is the expert Report of Patrick T. Ronaldson, Ph.D.  Plaintiffs seek to file this document in its entirety under seal.

2. Exhibit 18 to the Smith Declaration, which is a document Plaintiffs designated as Confidential.  Exhibit 18 is the Rebuttal Report of Patrick T. Ronaldson, Ph.D.  Plaintiffs seek to file this document in its entirety under seal.

3. Exhibit 19 to the Smith Declaration, which is a document Defendants designated as Confidential.  Exhibit 19 is a copy of relevant excerpts from the deposition transcript of Defendants' expert Keith R. Ugone, taken in this action.

Plaintiffs and Defendants' designations were made pursuant to the July 16, 2015 Protective Order (Dkt. No. 88 and 88-1) ("Protective Order").  Under the Protective Order, "a Party that seeks to file with the Court any information that another Party or non-party has designated as "Confidential," "Highly Confidential," or "Highly Confidential Formula – Attorneys' Eyes Only" shall comply with the sealing and lodging requirements of the Court's Local Rules, and must sow[*sic*] good cause for the under seal filing."  Protective Order, at ¶ 3(c).

Here, Exhibits 17 and 18 are the initial and rebuttal expert reports of Patrick T. Ronaldson, Ph.D., respectively.  Dr. Ronaldson's expert reports concern the pharmacological content of Defendants' proprietary product formulation and otherwise address matters that Defendants have designated as Confidential or Highly Confidential.  Thus, the reports rely on Defendants proprietary formulation and other documents Defendants designated as Confidential.  Pursuant to their obligations under the Protective Order, Plaintiffs designated these exhibits as Highly Confidential Formula – Attorneys' Eyes Only.

Additionally, Exhibit 19 is an excerpt from the transcript of Dr. Ugone's November 15, 2016, deposition.  Defendants designated Dr. Ugone's deposition as Confidential.

Good cause exists to file the Confidential Documents under seal because the Confidential Documents contain Defendants' trade secrets, including the formula for 5-hour ENERGY®.  *See Kamakana v. City & Cty. of Honolulu,* 447 F.3d 1172, 1179 (9th Cir. 2006) ("compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such court files might… release trade secrets") (internal quotations omitted); *Clark v. Bunker*, 453 F.2d 1006, 1009 (9th Cir. 1972) (adopting definition of "trade secrets" set forth in the Restatement of Torts Restatement of Torts, § 757, noting that [a] trade secret may consist of any formula, pattern, device or compilation of information which is used in one's business, and which gives him an opportunity to obtain an advantage over competitors who do not know or use it.) (internal quotations omitted).

Plaintiffs file the confidential information under seal to comply with the Protective Order.  Plaintiffs have lodged the documents containing the purportedly confidential information in the manner provided for in Local Rule 79-5.2.2(a).

Pursuant to their obligations under the Protective Order, Plaintiffs request that the Court grant this Application and permit Plaintiffs to file the Confidential

1  Documents under seal. A [Proposed] Order regarding this Application is submitted
2  herewith.

3  DATE: December 7, 2016.    **BURSOR & FISHER, P.A.**

4                              By: /s/ Joel D. Smith

5                              L. Timothy Fisher (State Bar No. 191626)
6                              Joel D. Smith (State Bar No. 244902)
                                Annick M. Persinger (State Bar No. 272996)
7                              Yeremey O. Krivoshey (State Bar No. 295032)
                                1990 North California Boulevard, Suite 940
8                              Walnut Creek, CA 94596
                                Telephone:  (925) 300-4455
9                              Facsimile:   (925) 407-2700
                                E-Mail:  ltfisher@bursor.com
10                                       apersinger@bursor.com
11                                       ykrivoshey@bursor.com

12                              **BURSOR & FISHER, P.A.**
13                              Scott A. Bursor (State Bar No. 276006)
                                888 Seventh Avenue
14                              New York, New York 10019
                                Telephone: (212) 989-9113
15                              Facsimile: (212) 989-9163
                                E-Mail:   scott@bursor.com
16

17                              **FARUQI & FARUQI, LLP**
                                Barbara A. Rohr (State Bar No. 273353)
18                              10866 Wilshire Boulevard, Suite 1470
19                              Los Angeles, CA  90024
                                Telephone:  (424) 256-2884
20                              Facsimile:    (424) 256-4885
                                E-Mail:   brohr@faruqilaw.com
21

22                              **FARUQI & FARUQI, LLP**
                                Timothy J. Peter (*pro hac vice*)
23                              101 Greenwood Avenue, Ste. 600
                                Jenkintown, PA 19046
24                              Telephone: (215) 277-5770
                                Facsimile: (215) 277-5771
25                              E-mail: tpeter@faruqilaw.com

26                              *Co-Lead Interim Class Counsel*
27
                                          3
28  PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
    CASE NO. 2:13-ML-02438 PSG