**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         jsmith@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

**FARUQI & FARUQI, LLP**
Barbara A. Rohr (State Bar No. 273353)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-4885
E-Mail: brohr@faruqilaw.com

*Co-Lead Interim Class Counsel*

E-FILED 1/3/17
LINK #157

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 5-HOUR ENERGY MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Case No. 2:13-ML-02438 PSG (PLAx)<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS LEAVE TO FILE DOCUMENTS UNDER SEAL |

[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO. 2:13-ml-02438 PSG (PLAx)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

UPON CONSIDERATION of Plaintiffs' Application for Leave to File Documents Under Seal ("Application"), IT IS ORDERED that the Application be, and it is hereby, GRANTED.

Plaintiffs shall file under seal the following documents:

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit 14 to the Declaration of Joel D Smith in Support of Plaintiff's Motion for Class Certification ("Smith Declaration") | Entire Document |
| Exhibit 15 to the Smith Declaration | Entire Document |
| Exhibit 16 to the Smith Declaration | Entire Document |
| Exhibit 17 to the Smith Declaration | Entire Document |
| Exhibit 18 to the Smith Declaration | Entire Document |
| Exhibit 19 to the Smith Declaration | Entire Document |
| Exhibit 20 to the Smith Declaration | Entire Document |
| Exhibit 21 to the Smith Declaration | Entire Document |
| Plaintiffs' Memorandum in Support of Class Certification | page 2 at lines 13-23; page 3 at lines 3-4, 11-14, 21-23 ; page 4 at lines 17-26; page 5 at lines 23-26; page 6 at lines 2-8, 17-27; page 7 at lines 1-2, 6-7, 9-10, 12-13, 15-20, 22-28; page 8 at lines 1, 3-19, 21-27; page 9 at lines 1-2, 4-8; |

| | page 10 at lines 19-20; |
| --- | --- |
| | page 11 at line 22. |

IT IS SO ORDERED.

Dated: __1/3/17_____

PHILIP S. GUTIERREZ
_____
Honorable Philip S. Gutierrez
U.S. District Court Judge

2
[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO. 2:13-ml-02438 PSG (PLAx)