Continues #159
Terms #210

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ML 13-2438 PSG (PLAx) | Date | February 28, 2017 |
|---|---|---|---|
| Title | In re: 5-Hour Energy Marketing and Sales Practices Litigation | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** Order VACATING and CONTINUING Hearing Date on Plaintiffs' Motion for Class Certification and RENDERING MOOT Defendants' *Ex Parte* Application to Advance the Hearing Date of Their Motions to Exclude Plaintiffs' Experts

Before the Court is Plaintiffs' motion for class certification. Dkt. # 159. The motion is set for hearing on March 27, 2017. *See id.* Also before the Court are Defendants' motions to exclude Plaintiffs' class certification experts, *see* Dkts. # 204, 206, 207, 209, and Defendants' *ex parte* application to advance the hearing date for these motions to exclude, Dkt. # 210. Defendants' motions to exclude are currently set for hearing on April 24, 2017.

To provide the parties ample time to prepare their arguments, the Court hereby VACATES the March 27, 2017 hearing date for Plaintiffs' motion for class certification and CONTINUES the hearing to April 24, 2017. This Order RENDERS MOOT Defendants' *ex parte* application, given that all motions are now scheduled to be heard on the same date.

**IT IS SO ORDERED**.