Gerald E. Hawxhurst (Bar No. 220329)
  jerry@cronehawxhurst.com
Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone:  (310) 893-5150
Facsimile:   (310) 893-5195

Attorneys for Defendants
Innovation Ventures, LLC, Living Essentials, LLC,
Manoj Bhargava, and Bio Clinical Development, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: 5-HOUR ENERGY MARKETING AND SALES PRACTICES LITIGATION<br>MDL No. 2438<br><br>This Document Relates to All Cases | Case No.: 2:13-ml-02438 PSG (PLAx)<br><br>**DEFENDANTS' OBJECTION AND REPONSE REQUESTING THAT THE COURT STRIKE PORTION OF PLAINTIFFS' OPPOSITION TO DAUBERT MOTIONS SEEKING TO EXCLUDE DEFENDANTS' EXPERTS' OPINION TESTIMONY FILED IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date: April 24, 2017<br>Time: 1:30 p.m.<br>Courtroom: 6A |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants Innovation Ventures, LLC; Living Essentials, LLC; Manoj Bhargava; and Bio Clinical Development, Inc. (collectively, "Defendants") hereby object to the portion of Plaintiffs' opposition to Defendants' Motion to Exclude Dr. Ronaldson's Opinions that seeks to exclude Defendants' expert opinions of David O. Kennedy and Michael J. Riley. (See Dkt. No. 231 at 11:8-14:9.) Plaintiffs cannot seek exclusion of Defendants' experts via an opposition brief. Plaintiffs were required to comply with the local rules and bring a noticed motion if they truly believed Dr. Kennedy's and Mr. Riley's opinions were inadmissible, but they did not. See, e.g., Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579 (1993); L.R. 7-3. Plaintiffs are obviously attempting to distract the Court from the fact that the opinions of Dr. Ronaldson and Mr. Weir fall far short of the Daubert and Comcast standards of admissibility. Accordingly, and pursuant to Federal Rule of Civil Procedure 12(f), Defendants respectfully request that the Court strike Dkt. No. 231 at 11:8-14:9 from the record.

DATED: April 10, 2017     CRONE HAWXHURST LLP

By  */s/ Gerald E. Hawxhurst*
    Gerald E. Hawxhurst
    Daryl M. Crone
    Attorneys for Defendants Innovation Ventures, LLC, Living Essentials, LLC, Manoj Bhargava and Bio Clinical Development, Inc.

- 1 -

DEFENDANTS' OBJ. AND RESPONSE