UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 13-2438-PSG (PLAx) | Date | September 25, 2017 |
|---|---|---|---|
| Title | IN RE 5-HOUR ENERGY MARKETING AND SALES PRACTICES LITIGATION | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge |
|---|---|

| Wendy Hernandez | Chai Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joel Smith | Daryl M Crone |
| Benjamin Heikali | Gerald E Hawxhurst |

**Proceedings:**     STATUS CONFERENCE

The Court questions counsel as to why it should not remand the case to the panel.

Counsel may either file a stipulation proposing a briefing schedule for a Motion for Summary Adjudication, or file an Ex Parte Application requesting that the case be stayed.

|  | : | 09 |
|---|---|---|
| Initials of Preparer | wh | |