UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: 5-HOUR ENERGY MARKETING AND SALES PRACTICES LITIGATION<br>MDL No. 2438<br><br>This Document Relates to All Cases | Case No.: 2:13-ml-02438 PSG (PLAx)<br><br>**[PROPOSED] JUDGMENT** |

The Court having issued an order granting defendants' motion for partial summary judgment on January 24, 2018 (see Dkt. No. 312); and having issued an order, pursuant to the parties' stipulation of voluntary dismissal, dismissing plaintiffs' remaining claims with prejudice on April 5, 2018 (see Dkt. No. 323);

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered against plaintiffs Cody Soto, William P. Forrest, Michael Casey, David Ellis, Ilya Podobedov, Donna Thompson, and Marc Adler in favor of defendants Living Essentials, LLC, Innovation Ventures, LLC, Manoj Bhargava, and Bio Clinical Development, Inc.

Dated: 4/19/18  _____

**PHILIP S. GUTIERREZ**
Honorable Judge Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE