UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 2 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: 5-HOUR ENERGY MARKETING AND SALES PRACTICES LITIGATION,
_____

CODY SOTO; et al.,

        Plaintiffs-Appellants,

 v.

INNOVATION VENTURES LLC, a Michigan limited liability company; et al.,

        Defendants-Appellees.

No. 18-55495

D.C. No. 2:13-ml-02438-PSG-PLA
Central District of California, Los Angeles

ORDER

Appellants' motion (Docket Entry No. 9) for voluntary dismissal of this appeal is granted. This appeal is dismissed with prejudice. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo